

PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

**FILED**

MAY 3 1 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | CASE NO. 2:16-SW-0324 CKD |
|---|---|
| INFORMATION ASSOCIATED WITH HAIJINPEI@GMAIL.COM, and WENBINLIU1980@GMAIL.COM, THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC. | SEALING ORDER<br><br>**UNDER SEAL** |

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 5/31/2016

_____
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE